O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRISTOBAL PEREZ,                    )    NO. CV 08-1746-MAN
                                    )
              Plaintiff,            )
                                    )    JUDGMENT
         v.                         )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner Social Security,       )
                                    )
              Defendant.            )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion.

DATED: June 5, 2009

                              _____/s/_____
                              MARGARET A. NAGLE
                         UNITED STATES MAGISTRATE JUDGE