1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: brian_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff CRISTOBAL PEREZ
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CRISTOBAL PEREZ,        ) Case No.: CV 08-1746 (MAN)
                            )
12 |     Plaintiff,          ) [PROPOSED] ORDER AWARDING
                            ) EQUAL ACCESS TO JUSTICE ACT
13 |     vs.                 ) ATTORNEY FEES PURSUANT TO
                            ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,      )
    Commissioner of Social Security, )
15                          )
        Defendant.          )
16 _____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of three thousand six hundred dollars, ($3,600), as authorized by 28 U.S.C.

21 § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE: June 17, 2009

23                          _____/s/_____
                            THE HONORABLE MARGARET A. NAGLE
24                          UNITED STATES MAGISTRATE JUDGE

25

26

-1-